**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6574**

———————

ROBERT JOSEPH KING,

                                Petitioner - Appellant,

        versus

M. RICHARD FRAGALA,

                                Respondent - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (CA-02-2482)

———————

Submitted:  June 19, 2003                Decided:  June 25, 2003

———————

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Robert Joseph King, Appellant Pro Se.  John Joseph Curran, Jr., Attorney General, Mary Ann Rapp Ince, Alice Denise Ike, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Joseph King seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). An appeal may not be taken to this court from the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a state court unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court on the merits absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). As to claims dismissed by a district court solely on procedural grounds, a certificate of appealability will not issue unless the petitioner can demonstrate both "(1) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" Rose v. Lee, 252 F.3d 676, 684 (4th Cir. 2001) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)). We have independently reviewed the record and conclude that King has not made the requisite showing. See Miller-El v. Cockrell, 123 S. Ct. 1029 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. We deny King's motion to stay the district court's proceedings. We dispense with oral argument because the facts and

2

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED